FILED
2009 Jul-30 PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **SHANNA RENNA FOSTER,** | } |
| **Petitioner,** | } |
| v. | } Case No.: 2:09-CV-1075-RDP-HGD |
| **CYNTHIA S. WHEELER-WHITE, Warden; THE ATTORNEY GENERAL OF THE STATE OF ALABAMA,** | } |
| **Respondents.** | } |

### MEMORANDUM OF OPINION

The court has considered the Petition (Doc. #1) along with the Magistrate Judge's Report and Recommendation (Doc. #2) that this petition be denied, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accordance with the Recommendation, this petition for writ of habeas corpus is due to be denied. An appropriate order will be entered.

**DONE** and **ORDERED** this      30th      day of July, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE